UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:10CR87 |
| Plaintiff, | ) | |
| vs. | ) | |
| (4) ADRIAN PARKER | ) | INFORMATION CHARGING PRIOR CONVICTION OF FELONY DRUG OFFENSES PURSUANT TO 21 USC §851 |
| Defendant. | ) | |

The United States Attorney for the Western District of North Carolina hereby charges that defendant ADRIAN PARKER, indicted in the instant case for drug offenses arising under Title 21, United States Code, §841(a)(1), previously has been convicted of the following felony drug offense: On or about May 1, 2006, in North Carolina Superior Court, Anson County, ADRIAN PARKER was convicted in case no. 06CRS050329 of possession with intent to sell/distribute cocaine, in violation of N.C. Gen. Stat. § 90-95(A).

Furthermore, notice is hereby provided that the United States will rely upon the aforementioned prior conviction of said felony drug offense to seek an increased punishment for the defendant, as set forth in Title 21, United States Code, §§ 841(b)(1)(B), and 851.

RESPECTFULLY SUBMITTED, this the 15th day of October, 2010

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

s/ Kevin Zolot
Kevin Zolot
Assistant U.S. Attorney
Bar: New York State (number N/A)
Attorney for the Plaintiff/Government
United States Attorney's Office
227 West Trade Street, Suite 1700
Charlotte, NC 28202
(704) 338-3167
(704) 227-0254 Fax
Kevin.Zolot@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on the 15th day of October, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Richard Lamb Brown , Jr.
*Counsel for Adrian Parker*
Email: arichardbrownl@carolina.rr.com

ANNE M. TOMPKINS
UNITED STATES ATTORNEY


s/ Kevin Zolot
Kevin Zolot
Assistant U.S. Attorney
Bar: New York State (number N/A)
Attorney for the Plaintiff/Government
United States Attorney's Office
227 West Trade Street, Suite 1700
Charlotte, NC 28202
(704) 338-3167
(704) 227-0254 Fax
Kevin.Zolot@usdoj.gov