# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) DOCKET NO. 3:10-cr-87-MOC |
| v. | ) |
| ADRIAN PARKER | ) **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR MENTAL EVALUATION** |

NOW COMES the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, and responds to Defendant Adrian Parker's counsel's "Motion to Determine Mental Competency of Defendant" filed today, December 22, 2010.

The defense Motion requests that Dr. Cedar O'Donnell, a local psychologist, conduct the competency evaluation. However, the Government requests that the defendant undergo a formal psychiatric/psychological examination by a qualified psychiatrist or psychologist of the United States Bureau of Prisons (BOP), consistent with the procedures set forth in 18 U.S.C. § 4247.

Pursuant to Section 4247(b) the court may order a psychiatric or psychological examination be conducted "by a license or certified psychiatrist or psychologist, or, if the court finds it appropriate, by more than one such examiner." Thus, we request that the Court order that the Defendant be examined by a BOP psychiatrist or psychologist, whether or not the Court also selects Dr. O'Donnell to conduct an examination.

The undersigned AUSA has conferred with defense counsel about this Response.

Respectfully submitted this 22nd day of December 2011.

        ANNE M. TOMPKINS
        UNITED STATES ATTORNEY

        /s/ Steven R. Kaufman
        STEVEN R. KAUFMAN
        ASSISTANT UNITED STATES ATTORNEY
        227 West Trade Street, Suite 1700
        Charlotte, NC 28202
        (704) 338-3117 (phone)
        (704) 227-0254 (facsimile)
        Steven.Kaufman@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of December 2011, the foregoing was duly served upon the defendant herein, by electronic means, to:

    Haakon Thorsen, Esq.
    thorsenlawoffice@gmail.com

        /s/ Steven R. Kaufman
        STEVEN R. KAUFMAN
        ASSISTANT UNITED STATES ATTORNEY